PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Lamont Marshall                                          Cr.: 04-00843-02

Name of Sentencing Judicial Officer: John C. Lifland

Date of Original Sentence: March 18, 2005

Original Offense: Assault and Robbery of a United States Postal Employee

Original Sentence: Imprisonment 33 months followed by a three year term of Supervised Release

Type of Supervision: Supervised Release            Date Supervision Commenced: December 6, 2006

Assistant U.S. Attorney: John Gay                  Defense Attorney: Elizabeth Smith- Appointed

### PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

1 | The offender has violated the supervision condition which states **'You shall notify the probation officer within 72 hours of any change of residence or employment.'**

  | The offender failed to remain living at the Oxford House halfway house located at 1435 Maple Avenue in Vineland, NJ. He reported to the house on March 23, 2007 at 5:30 p.m., and left his belongings and never returned to the house. He failed to report a change in address to the Probation Office within 72 hours and his current whereabouts are unknown.

2 | The offender has violated the supervision condition which states **'You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.'**

  | The offender failed to refrain from the use of drugs as evidenced by the following: On December 7, 2006, the offender signed an admission of drug use form admitting to using marijuana and cocaine on December 6, 2006.

PROB 12C - Page 2
Lamont Marshall

| | |
|---|---|
| 3 | The offender has violated the supervision condition which states '**The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.**' |

The offender failed to follow through with aftercare recommendations made by the drug treatment program. As a recommendation from the Maryville inpatient drug program, the offender was set up for placement at Oxford House halfway house, located at 1435 Maple Avenue in Vineland, NJ. The offender reported to the house at 5:30 p.m. on March 23, 2007. He reported he was going to a NA meeting and never returned to the house. His current whereabouts are unknown.

| | |
|---|---|
| 4 | The offender has violated the supervision condition which states: '**The defendant shall not leave the judicial district without the permission of the Court or the probationer officer.**' |

The offender reported to the Philadelphia, Pennsylvania traveler's aid society. He called the Probation officer on March 27, 2007 and reported he left the district and was in Pennsylvania.

I declare under penalty of perjury that the foregoing is true and correct.

By: Kellyanne Kelly
Senior U.S. Probation Officer
Date: 12/26/07

---

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____.
[ ] No Action
[ ] Other

Signature of Judicial Officer

4/2/07
Date